Opinion issued December 19, 2002








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01062-CV

____________


LEONIDAS VEZOS AND ROSALIE DAHL, AS NEXT FRIEND OF TINA DAHL
AND TODD DAHL, MINOR CHILDREN, BENEFICIARIES OF THE VICTORIA
KOCI MALCOLM KOCI MALCOLM ESTATE TRUST AND TED E. DAHL AS
TRUSTEE OF THE VICTORIA KOCI MALCOLM ESTATE TRUST, Appellants


V.


THE STATE OF TEXAS, Appellee






On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 747635






O P I N I O N

 Appellants have filed a motion to dismiss their appeal. More than 10 days has
elapsed, and no objection has been filed. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Hedges, Keyes and Duggan (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Lee Duggan, Jr. retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.